**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**CIVIL ACTION NO. 1:18-cv-684 (WOB-KLL)**

**JAMES VERNON PEYTON**                                          **PETITIONER**

**VS.**                               **<u>JUDGMENT</u>**

**WARDEN, FRANKLIN MEDICAL
CENTER**                                                       **RESPONDENT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 13), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 15), and the Court being sufficiently advised,

**IT IS ORDERED** that the objections (Doc. 15) to the Report and Recommendation (Doc. 13) be, and hereby are, **overruled**. That the Report and Recommendation of the Magistrate Judge (Doc. 13) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that respondent's motion to dismiss (Doc. 6) be, and hereby is, **granted**; that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 2), is **DISMISSED WITH PREJUDICE.** A certificate of appealability shall not issue with respect to any of petitioner's time-barred claims. Pursuant to 28 U.S.C. §

1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 19th day of September, 2019.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge